## Commonwealth *v.* Pinno, Appellant.

Submitted April 14, 1969. *Lavelle A. Wilson,* for appellant; *William L. Henry,* District Attorney, for Commonwealth, appellee.

OPINION PER CURIAM: The order is vacated and the record remanded with directions to allow credit on the Jefferson County sentence imposed September 5, 1968, of one month to three years, for the time spent in Jefferson County awaiting trial, namely, October 6, 1965 to December 27, 1965, or a total credit of 88 days. As so amended the order is affirmed. See *Commonwealth ex rel. Bleecher v. Rundle,* 207 Pa. Superior Ct. 443 (1966).

## Commonwealth *v.* Psomas, Appellant.

Argued April 14, 1969. *Henry J. Albaugh,* for appellant; *John G. Good, Jr.,* District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.